772 A.2d 914

JERZY MACKOW, PETITIONER–RESPONDENT, v. VOLKER KLOTZ, RESPONDENT–RESPONDENT.

PAUL G. KOSTRO, APPELLANT–APPELLANT.

May 24, 2001.

ORDER

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the 65matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.